QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH WILLIAM FORTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0277AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONSIDERATION OF |
| | ) | MOTION FOR REVIEW OF DETENTION |
| v. | ) | ORDERS; AND MEMORANDUM OF POINTS |
| | ) | AND AUTHORITIES; REQUEST FOR HEARING |
| JOSEPH WILLIAM FORTT, | ) | *NUNC PRO TUNC* |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | Judge: Hon. Anthony W. Ishii |
| _____ | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the notice of appeal in the above-captioned case be withdrawn.

///

///

///

///

///

///

///

///

1    **IT IS FURTHER STIPULATED** that the notice of motion for review of detention orders;

2    memorandum of points and authorities; and request for hearing be considered *nunc pro tunc* to the date of

3    filing of the notice of appeal.

                                                        McGREGOR M. SCOTT
                                                        United States Attorney

6    DATED: November 4, 2005                            /s/ Kathleen A. Servatius
                                                        KATHLEEN A. SERVATIUS
7                                                       Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                        QUIN DENVIR
                                                        Federal Defender

12   DATED: November 4, 2005                            /s/ Melody M. Walcott
                                                        MELODY M. WALCOTT
13                                                      Assistant Federal Defender
                                                        Attorneys for Defendant Joseph Fortt

16                                      **ORDER**

17   IT IS SO ORDERED.

18   **Dated:     November 8, 2005**              **/s/ Anthony W. Ishii**
     0m8i78                                 UNITED STATES DISTRICT JUDGE

28   Stipulation For Consideration of Motion for Review
     of Detention Orders; and Memorandum of Points and
     Authorities; Request for Hearing *Nunc Pro Tunc;*
     and Order                                            2