QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH FORTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>            Plaintiff,  )<br>             )<br>        v.  )<br>             )<br>JOSEPH FORTT,  )<br>             )<br>            Defendant.  )<br>             )<br>_____ ) | NO. 1:05-cr-00277 AWI<br><br>STIPULATION TO SET BAIL HEARING AND ORDER THEREON<br><br>Date:  November 28, 2005<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** between the parties hereto through their respective counsel **that a bail hearing in the above-referenced matter may be set for November 28, 2005, at 9:00 A.M.** before The Honorable Anthony W. Ishii.  The government shall file any opposition documents relating to said hearing on or before 4:00 P.M. on November 21, 2005.

| | |
|---|---|
| DATED: November 10, 2005 | DATED: November 10, 2005 |
| McGREGOR M. SCOTT<br>United States Attorney | QUIN DENVIR<br>Federal Defender |
| /s/ Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney<br>Counsel for Plaintiff | /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Counsel for Defendant Joseph Fortt |

**O R D E R**

IT IS SO ORDERED.

**Dated:   November 14, 2005**              /s/ **Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE