1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSEPH FORTT

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )  NO. 1:05-cr-00277 AWI
                                      )
11          Plaintiff,                )  STIPULATION TO SET BAIL HEARING AND
                                      )  ORDER THEREON
12     v.                             )
                                      )  Date:  November 28, 2005
13 JOSEPH FORTT,                      )  Time:  9:00 A.M.
                                      )  Judge: Hon. Anthony W. Ishii
14          Defendant.                )
                                      )
15 _____)

16     IT IS HEREBY STIPULATED between the parties hereto through their respective counsel that a

17 bail hearing in the above-referenced matter may be set for November 28, 2005, at 9:00 A.M. before The

18 Honorable Anthony W. Ishii.  The government shall file any opposition documents relating to said hearing

19 on or before 4:00 P.M. on November 21, 2005.

20 DATED: November 10, 2005               DATED: November 10, 2005

21 McGREGOR M. SCOTT                      QUIN DENVIR
   United States Attorney                 Federal Defender
22
    /s/ Kathleen A. Servatius              /s/ Melody M. Walcott
23 KATHLEEN A. SERVATIUS                  MELODY M. WALCOTT
   Assistant U.S. Attorney                Assistant Federal Defender
24 Counsel for Plaintiff                  Counsel for Defendant Joseph Fortt

25                        **O R D E R**

26 IT IS SO ORDERED.

27 **Dated:   November 16, 2005**          ____/s/ Anthony W. Ishii____
   0m8i78                                 UNITED STATES DISTRICT JUDGE
28