FILED

2005 DEC 19 P 3: 05

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                    Plaintiff,            )<br>                                                          )<br>          v.                                          )<br>                                                          )<br>JOSEPH FORTT,                          )<br>                                                          )<br>                    Defendant.         )<br>_____) | CR F 05-00277 AWI<br><br>**ORDER RE FRESNO COUNTY**<br>**JAIL LAW LIBRARY ACCESS** |

On November 28, 2005, the court granted Defendant's motion to proceed Pro Se / Pro Per in this case. Defendant is currently incarcerated in the Fresno County Jail. On December 19, 2005, Defendant appeared in court and stated that he has not had access to the Fresno County Jail Law Library. The court contacted Fresno County Jail personnel, and was informed that inmate access to the law library requires a court order.

THEREFORE, IT IS ORDERED that the Fresno County Jail provide law library access to defendant, Joseph Fortt, proceeding in pro se / pro per, in accordance with established Fresno County Jail policies and procedures.

IT IS SO ORDERED.

DATED: *December 19, 2005*

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE