DANIEL L. HARRALSON, BAR NO. 109322
The Daniel Harralson Law Firm
A Professional Corporation
P.O. Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320



Attorney for Defendant JOSEPH FORTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>JOSEPH FORTT,<br><br>        Defendant. | ) Case No.: CR-F-05-00277 AWI<br>)<br>) DEFENDANT JOSEPH FORTT'S EX<br>) PARTE APPLICATION FOR SUBPOENA<br>) DUCES TECUM; POINTS AND<br>) AUTHORITIES AND DECLARATION IN<br>) SUPPORT THEREOF<br>)<br>) |

Defendant Joseph Fortt, through his counsel, Daniel L. Harralson, hereby moves as authorized by Federal Rules of Criminal Procedure, Rule 17(c), for authorization to issue a subpoena duces tecum for pre-hearing production of the following:

1.    Any and all records and documents of SBC/AT&T pertaining to telephone number (661) 399-9099 under the name of Joseph Fortt;

2.    Any and all records and documents of Verizon Wireless pertaining to telephone number (661) 303-2485 under the name of Joseph Fortt;

3.   Any and all records and documents of Southern California Edison for service at 13527 Paradise Valley Road, Caliente, California 93518 and 117 Roberts Lane, Bakersfield, California, 93308, under the name of Joseph Fortt; and

3.   Any and all records and documents from Washington Mutual Bank for account number 0932209233 under the name of Joseph Fortt.

These documents are required to enable counsel to adequately prepare in the defense of Mr. Joseph Fortt. This application is based on Federal Rules of Criminal Procedure, Rule 17, the attached Memorandum of Points and Authorities, and other such authority as may be produced in connection with consideration of this application.

Dated: September 2, 2006

Respectfully Submitted,

THE DANIEL HARRALSON LAW FIRM
A Professional Corporation

DANIEL L. HARRALSON
Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rules of Criminal Procedure, Rule 17(b) authorizes the issuance of subpoenas for indigent defendants at the expense of the government. Rule 17(c) authorizes the issuance of a subpoenas duces tecum.

A party requesting a subpoena duces tecum under Rule 17(c) must demonstrate that the materials sought are (1) relevant, (2) admissible, and must identify the materials with specificity. *United States v. Nixon*, 418 U.S. 683, 699-700 (1974); *United States v. Eden*, 659 F.2d 1376 (9th Cir. 1981). *Eden* adds the requirement that the proponent "…demonstrate that the subpoenaed materials are not available from any other source and their examination and processing should not await trial." *Id.* at 1381.

This request specifically seeks the records of SBC/AT&T, Verizon Wireless, Washington Mutual, and Southern California Edison which are directly related to the business operations of Mr. Fortt. These documents are necessary to show that Mr. Fortt was making every effort to comply with the law as it was being decided by the United States Supreme Court. The defense has attempted to obtain these records with a signed authorization by Mr. Fortt however, our requests were refused.

For these reasons, authority for issuance of the subpoenas is requested. In the event this request is granted, the subpoenas will be given a return on the court's calendar.

Dated: September __, 2006            Respectfully Submitted,

                                                  THE DANIEL HARRALSON LAW FIRM
                                                A Professional Corporation

                                                DANIEL L. HARRALSON
                                                Attorney for Defendant

DEFENDANT JOSEPH FORTT'S EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM

## DECLARATION OF DANIEL L. HARRALSON

I, Daniel L. Harralson, do hereby declare under penalty of perjury as follows:

1.  I have been a member of the California State Bar since 1983. Over the last 23 years I have maintained a private practice, a majority of which involves representation of clients in criminal actions. I have been appointed by the Federal Defender to defend Mr. Joseph Fortt in the above-entitled case.

2.  I have personal knowledge regarding all facts set forth in this declaration except as to facts alleged on information and belief. As to any fact alleged on information and belief, I believe it to be true. If called as a witness, I could competently to each fact of which I have personal knowledge.

3.  The records of Pacific Bell, Verizon Wireless, Washington Mutual, and Southern California Edison are essential to the defense of Mr. Fortt. The requested documents are directly related to the business operation of Mr. Fortt. These documents are necessary as they will show that Mr. Fortt was making every effort to comply with the law as it was being decided by the United States Supreme Court.

4.  Our office has attempted to obtain these records with a signed authorization by Mr. Fortt however, our requests were refused.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters which are alleged on information and belief and as to those matters I believe them to be true.

Executed on September 6, 2006, at Fresno, California.

*[Signature]*
DANIEL L. HARRALSON

**DEFENDANT JOSEPH FORTT'S EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM**

DANIEL L. HARRALSON, BAR NO. 109322
The Daniel Harralson Law Firm
A Professional Corporation
P.O. Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>JOSEPH FORTT,<br><br>           Defendant. | ) Case No.: CR-F-05-00277 AWI<br>)<br>) ORDER GRANTING DEFENDANT<br>) JOSEPH FORTT'S EX PARTE<br>) APPLICATION FOR SUBPOENA DUCES<br>) TECUM<br>)<br>)<br>) |

The application for subpoena duces tecum, filed by Defendant Joseph Fortt in the above-referenced matter, is hereby granted to authorize the issuance of a subpoena duces tecum for the pre-hearing production of the following records pursuant to Federal Rule 17(c) of the Federal Rules of Criminal Procedure:

    1.    Any and all records and documents of SBC/AT&T pertaining to telephone number (661) 399-9099 under the name of Joseph Fortt;

    2.    Any and all records and documents of Verizon Wireless pertaining to telephone number (661) 303-2485 under the name of Joseph Fortt;

3.      Any and all records and documents of Southern California Edison for service at 13527 Paradise Valley Road, Caliente, California 93518 and 117 Roberts Lane, Bakersfield, California, 93308, under the name of Joseph Fortt; and

3.      Any and all records and documents from Washington Mutual Bank for account number 0932209233 under the name of Joseph Fortt.

Dated: September 8, 2006

*[signature]*
Honorable Judge Anthony W. Ishii

-6-
**DEFENDANT JOSEPH FORTT'S EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM**