**DANIEL L. HARRALSON, BAR NO. 109322**
The Daniel Harralson Law Firm
A Professional Corporation
P.O. Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-00277 AWI |
| Plaintiff, | ) **ORDER GRANTING MEDICAL** |
| vs. | ) **EVALUATION OF DEFENDANT** |
| | ) **JOSEPH FORTT** |
| JOSEPH FORTT, | ) |
| Defendant. | ) |

　　　　IT IS HEREBY ORDERED that on October 10, 2006, Defendant, Joseph Fortt, be transported by the Fresno County Sheriff to University Medical Center (UMC) for a medical evaluation by Naiel Nassar, M.D of the Special Services Division.  The medical examination is scheduled to begin at 1:30 p.m.

　　　　IT IS FURTHER ORDERED that medical personnel at the Fresno County Jail draw blood from Defendant and conduct a CD4 cell count and a HIV viral load test prior to his medical examination at UMC.  The blood sample and results of the CD4 cell count and HIV viral load test shall accompany Defendant to his medical examination at UMC.

1
2
3          IT IS SO ORDERED.

4  **Dated:    September 22, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25