FILED
MAR 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>          Plaintiffs,                 )<br>                                      )<br>     vs.                              )<br>                                      )<br> JOSEPH WILLIAM FORTT,                )<br>                                      )<br>          Defendant.                  )<br>_____) | No. CR-05-277-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on March 5, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 3-6-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1