UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:05-cr-0277 AWI |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| DAU VENH LIENG, | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been sentenced to a term of probation in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:  A25161489

Receipt No.:   101-9505

IT IS SO ORDERED.

Dated:   February 22, 2008                /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE